UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO. 3:12-CV-696-H

STEVE'S GUN SHOP, INC.,
d/b/a BIFF'S GUN WORLD, et al.                                    PLAINTIFFS

v.

LOUISVILLE METRO POLICE
DEPARTMENT, et al.                                                DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Defendant, Kevin Peak, has moved to dismiss Counts III and IV of the complaint as to all Defendants on the grounds that the summons were not issued until almost four months after the statute of limitations had passed.

Plaintiffs do not contest that they failed to timely issue the summons for a state law claim. Rather, they argue that Counts III and IV actually assert federal claims, which would not be barred under applicable federal law.

The Court has reviewed the complaint carefully. Counts I and II clearly state federal claims under 42 U.S.C. § 1983. Count III asserts a state law negligence claim and Count IV asserts a state law conspiracy claim. Neither of the latter two counts reference a federal claim. That they may arise from the same circumstances as the federal claims does not change the nature of the cause of action.

For all the foregoing reasons, the Court concludes that the state law claims asserted in Counts III and IV are barred by the applicable statute of limitations.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion to dismiss is SUSTAINED and

Counts III and IV of the complaint are DISMISSED as to all Defendants with prejudice.

This is not a final order.

cc: Counsel of Record